IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN M. DEJOHN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, et al. | : | NO. 06-778 |

FILED
MAR 26 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## AMENDED FINAL JUDGMENT

AND NOW, this 26th day of March, 2009, upon consideration of the Court's final judgment, which we issued on April 26, 2007, and our Order today in which we awarded plaintiff $110,103.62 in attorneys' fees and costs, it is hereby ORDERED that our final judgment is AMENDED to read as follows:

   1.   As to Counts I and II, JUDGMENT IS ENTERED in favor of defendants Temple University, David Adamany, Richard Immerman and Gregory J. W. Urwin and against plaintiff Christian M. DeJohn;

   2.   As to Counts VII and VIII, JUDGMENT IS ENTERED in the amount of One Dollar ($1.00) in favor of plaintiff Christian M. DeJohn and against defendant Temple University, and in favor of defendants David Adamany, Richard Immerman and Gregory J. W. Urwin and against plaintiff Christian M. DeJohn;

   3.   JUDGMENT IS ENTERED in the amount of One Hundred Ten Thousand, One Hundred and Three Dollars and Sixty-two Cents

($110,103.62) in favor of plaintiff and against defendant Temple University for plaintiff's attorneys' fees and costs; and

       4.   Temple University is ENJOINED from reimplementing or enforcing the sexual harassment policy that existed before the changes Temple implemented on January 15, 2007.

BY THE COURT:

_____
Stewart Dalzell, J.